```
                IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                         FORT SMITH DIVISION
```

CHRISTOPHER ALAN ANDREWS                                    PLAINTIFF

    v.                          No. 06-2064

SEBASTIAN COUNTY SHERIFF'S OFFICE,
SEBASTIAN COUNTY DETENTION CENTER,
DR. TOM TINSMAN, NURSE CRYSTAL REED,
MIKE CONGER, SGT. RITTER, and SGT.
TAULBEE                                                    DEFENDANTS

## ORDER

Now on this 22ND day of September 2006, there comes on for consideration the report and recommendation filed herein on August 28,2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 19). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion to Dismiss (Doc. 13) is GRANTED and all claims against Separate Defendants Sebastian County Detention Center and the Sebastian County Sheriff's Office are DISMISSED. The case will proceed against the remaining defendants.

IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge